UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 18-20444
                                           Honorable Victoria A. Roberts

EDWARD HARVEY,

    Defendant.

_____/

## ORDER MOOTING MOTION [ECF NO. 67]

On August 10, 2020, Plaintiff filed a Motion for Reconsideration asking the Court to reconsider its denial of his Motion for Compassionate Release.

Mr. Harvey was released from Bureau of Prison custody on October 15, 2020. Accordingly, the motion is **MOOT**.

**ORDERED**.

                                                      s/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated: 1/11/2021